PETER W. CAVETTE (Cal Bar # 50261)
544 E. Route 66
Glendora, CA 91740
626 963-1106
626 963-1108 (fax)
Attorney for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
APR 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BEASLEY, ERNEST GLASCOW, BILL PETERS, ARMANDO SAINEZ, Trustees of the Union Roofers Supplemental Annuity Trust Fund, Union Roofers Health & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Adminstrative Fund, Union Roofers Apprenticeship & Training Fund,<br><br>Plaintiff,<br><br>vs.<br><br>UMICO Contracting USA, Inc., a California Corporation<br><br>Defendant | Case No.: 11cv-03548 JEM<br><br>JUDGMENT |

This action having been commenced on April 26, 2011 and the Court having approved the Stipulation for Entry of Judgment in favor of Plaintiffs Brent Beasley, et al. vs. UMICO Contracting USA, Inc. a California Corporation for good cause shown:

IT IS HEREBY ORDERED, ADJUGED AND DECREED that:

1. Plaintiffs BRENT BEASLEY, ERNEST GLASCOW, BILL PETERS, ARMANDO SAINEZ, Trustees of the Union Roofers Supplemental Annuity Trust Fund, Union Roofers Health & Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative Fund, Union

Roofers Apprenticeship & Training Fund shall recover from Defendant UMICO Contracting USA, Inc. the sum of $61,546.53 together with post judgment interest as provided by law.

Dated April 20, 2012

U.S. Magistrate Judge
John E. McDermott